Brian H. Kim  (State Bar No. 215492)
Emily A. Bolt (State Bar No. 253109)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALIS TURNER,<br><br>             Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>             Defendant. | Case No.: 3:15-cv-01834-JCS<br><br>**NOTICE OF SETTLEMENT**<br>AND ORDER GRANTING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE TO AUGUST 14, 2015 AT 2:00 PM. |

PLEASE TAKE NOTICE that the parties in the above-referenced case have reached a settlement in principle.  The parties are currently working out a written settlement agreement and Plaintiff expects to file a stipulated dismissal with prejudice on or before 30 days from the date of this notice.  Therefore, the parties also respectfully request that the Case Management Conference currently scheduled for July 24, 2015 be continued to **August 14, 2015**.

Dated:  July 16, 2015          BOLT KEENLEY KIM LLP


                               By:    /s/ Brian H. Kim
                                      Brian H. Kim
                                      Attorneys for Plaintiff

GRANTED
Judge Joseph C. Spero

Dated: July 16, 2015

Case No.: 3:15-cv-01834-JCS                    NOTICE OF SETTLEMENT